**Dismiss and Opinion Filed December 9, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00675-CV**

**NATASHA LEWIS, Appellant**
**V.**
**POLARIS TX 20 SPE LLC, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-02669-B**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Kennedy
Opinion by Justice Kennedy

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by October 23, 2024. By postcard dated November 5, 2024, we informed appellant her brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

240675f.p05

/Nancy E. Kennedy/
NANCY KENNEDY
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NATASHA LEWIS, Appellant

No. 05-24-00675-CV          V.

POLARIS TX 20 SPE LLC,
Appellee

On Appeal from the County Court at
Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-24-02669-
B.
Opinion delivered by Justice
Kennedy. Chief Justice Burns and
Justice Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 9th day of December, 2024.